1  Jack Praetzellis (SBN 267765)
   jpraetzellis@foxrothschild.com
2  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
3  San Francisco, California 94104
   Telephone:    (415) 364-5540
4  Facsimile:    (415) 391-4436

5  Brian Berkley (*pro hac vice forthcoming*)
   bberkley@foxrothschild.com
6  **FOX ROTHSCHILD LLP**
   2000 Market St., 20th Floor
7  Philadelphia, PA 19103-3222
   Telephone:    (215) 299-2043
8  Facsimile:    (215) 299-2150

9  Attorneys for Defendant
   Sudo Security Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAV EMELYANENKO,<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAM JOSEPH STRAFACH (an individual), et al.,<br><br>                Defendants. | Case No. 3:23-cv-00570-LJC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-3** |

Upon Defendant Sudo Security Group, Inc.'s Motion to Enlarge Time Pursuant to Local Rule 6-3, and good cause appearing, it is HEREBY ORDERED THAT:

The deadline for Sudo Security Group, Inc. to respond to the complaint in the above-action shall be extended up to and including March 10, 2023.  No other dates or deadlines shall be affected by this order.

IT IS SO ORDERED.

Dated:  February 14, 2023           .

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge