1  SEYFARTH SHAW LLP
   M. Ryan Pinkston
2  rpinkston@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:  (415) 397-2823
4  Facsimile:   (415) 397-8549

5  Attorneys for Defendant
   WILLIAM STRAFACH

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | STANISLAV EMELYANENKO,                              | Case No.  3:23-cv-00570-LJC
12 |       Plaintiff,                                    | **ORDER GRANTING DEFENDANT WILLIAM STRAFACH'S MOTION TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-3**
13 |       v.                                            |
14 | WILLIAM JOSEPH STRAFACH (an individual); SUDO SECURITY GROUP, INC. (a Delaware corporation); DOES 1 to 10 inclusive, |
15 |                                                     |
16 |       Defendants.                                   |

17

18     Upon Defendant William Strafach's Motion to Enlarge Time Pursuant to Local Rule 6-3, and

19 good cause appearing, it is HEREBY ORDERED THAT:

20     The deadline for William Strafach to respond to the complaint in the above action shall be

21 extended up to and including March 10, 2023.  No other dates or deadlines shall be affected by this

22 order.

23     IT IS SO ORDERED.

24  Dated: February 16, 2023                    _____
25                                              The Honorable Lisa J. Cisneros
26                                              United States Magistrate Judge

27

28  92164859v.1

ORDER GRANTING DEFENDANT STRAFACH'S MOTION TO ENLARGE TIME
CASE NO. 3:23-CV-00570-LJC